```
                                          FILED

                                   07 DEC 12 PM 4:49


                                BY:              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3347 JM |
| Plaintiff, | |
| v. | <u>NOTICE OF RELATED CASE</u> |
| JOSE RUBEN NIETO-RESENDIZ, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jose Ruben Nieto-Resendiz</u>, Criminal Case No. 07CR2991-JM.

DATED: December 12, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ Caroline P. Han*
CAROLINE P. HAN
Assistant U.S. Attorney