**FILED**

JUN 1 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 07CR03347-001-JM |
| ) | |
| v. ) | O R D E R |
| ) | |
| JOSE RUBEN NIETO-RESENDIZ, ) | |
| ) | |
| Defendant. ) | |

   Pursuant to a written request from the United States Probation Office, the sentencing date presently set for 8/8/08 is vacated and reset to 9/12/08 at 9:00 a.m..

   If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

   DATED: 6/19/08

                                        Jeffrey T. Miller
                                        U.S. District Judge

cc: all counsel of record

/pav