UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3347-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING |
| JOSE RUBEN NIETO-RESENDIZ, | ) | |
| Defendant. | ) | |

**JOINT MOTION HAVING BEEN ENTERED by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED**, that defendant JOSE RUBEN NIETO-RESENDIZ, currently in custody, sentencing date be continued from October 31, 2008 at 9:00 a.m., to **November 21, 2008 at 9:00 a.m.**

**SO ORDERED.**

DATED: October 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

07CR3347