UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3347-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING DATE |
| JOSE RUBEN NIETO-RESENDIZ, | ) | |
| Defendant. | ) | |

**JOINT MOTION HAVING BEEN ENTERED by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED**, that the sentencing date for defendant JOSE RUBEN NIETO-RESENDIZ, currently in custody, be continued from November 21, 2008 at 9:00 a.m., to **December 12, 2008 at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: November 20, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

07CR3347